MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 13-0576 JSW |
| | ) | |
| Plaintiff, | ) | **ORDER OF DETENTION** |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN TYRONE BUFORD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties appeared before the Honorable Donna M. Ryu on August 30, 2013, for a detention hearing.  The defendant was present and represented by defense counsel Ms. Suzanne Luban.  The government was represented by Assistant United States Attorney Brian Lewis.  The government requested detention, submitting that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required or the safety of the community..

Upon consideration of the parties' proffers, the bail study, and the factors set forth in 18 U.S.C. § 3142(g), the Court finds (i) by a preponderance of the evidence that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required and (ii) by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

1    The Court therefore, orders the defendant detained.  The defendant is committed to the custody

2    of the Attorney General or a designated representative for confinement in a corrections facility.  The

3    defendant must be afforded a reasonable opportunity to consult privately with counsel.  On order of a

4    court of the United States or on request of an attorney for the government, the person in charge of the

5    corrections facility must deliver the defendant to the United States Marshal for a court appearance.

6    IT IS SO ORDERED.

7

8    DATED:  9/16/2013
     _____
9    DONNA M. RYU
     United States Magistrate Judge

DETENTION ORDER
CR 13-0576 JSW