UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEVIN TYRONE BUFORD,<br>Defendant. | Case No. 13-cr-00576-PJH-1<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO VACATE TERM OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 53 |

Defendant has filed a motion to vacate the remainder of his term of supervised release. See Dkt. 53. The court sets briefing deadlines on defendant's motion as follows: the government shall file an opposition, stipulation or status report by June 18, 2021; the Probation Office is directed to submit a response to defendant's motion by June 18, 2021; if the motion is opposed, defendant may file a reply brief seven days after the opposition is filed. The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated: June 3, 2021

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge