UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN TYRONE BUFORD,

Defendant.

Case No.  13-cr-00576-PJH-1

**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Re: Dkt. No. 53

Before the court is defendant Kevin Tyrone Buford's pro se motion for early termination of supervised release pursuant to 18 U.S.C. § 3583.  See Dkt. 53.  The government has filed an opposition to the motion, and the probation office has filed a response.

After pleading guilty to armed bank robbery, defendant was sentenced to 90 months imprisonment, to be followed by three years of supervised release.  See Dkt. 50. Defendant's sentence was below the Guidelines range of 108 to 135 months imprisonment.  See Dkt. 45 at 21.  Defendant commenced his supervised release term on January 23, 2020, and has served approximately one-half of his three-year term.  See Dkt. 58 at 1.

Early termination is reserved for rare cases of "'exceptionally good behavior.'" U.S. v. Smith, 219 Fed. Appx 666, 668 (9th Cir. 2007) (citing U.S. v. Lussier, 104 F.3d 32, 36 (2nd Cir. 1997)).  While it appears from the record that defendant has, to date, complied with the conditions of supervised release, the court cannot characterize his performance as "exemplary," as he has done only what he was required to do.

The court has broad discretion to determine whether to terminate supervision early. United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014). Given that defendant was sentenced to a below-Guidelines sentence for a violent offense, and given that defendant has failed to show extraordinary or changed circumstances, or even good cause for early termination, defendant's motion for early termination of supervised release is DENIED.

**IT IS SO ORDERED.**

Dated: July 2, 2021

_____/s/ *Phyllis J. Hamilton*_____
PHYLLIS J. HAMILTON
United States District Judge